IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA BLEJEWSKI,<br><br>    Plaintiff,<br><br> v.<br><br>VEGAMOUR, INC.,<br><br>    Defendant. | Civil Action No. 3:20-cv-01237-VAB |

## NOTICE OF SETTLEMENT

  Plaintiff Barbara Blejewski, by and through her undersigned counsel, hereby advises this Honorable Court she has reached an agreement in principle with Defendant Vegamour, Inc. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Dated: January 12, 2021　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Stephen J. Teti*
　　　　　　　　　　　　　　　　　　　　Stephen J. Teti (ct28885)
　　　　　　　　　　　　　　　　　　　　BLOCK & LEVITON LLP
　　　　　　　　　　　　　　　　　　　　260 Franklin Street, Suite 1860
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　Telephone: (617) 398-5600
　　　　　　　　　　　　　　　　　　　　steti@blockleviton.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Barbara Blejewski*

## **CERTIFICATE OF SERVICE**

I, Stephen J. Teti, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 12th day of January, 2021.

                                                   */s/ Stephen J. Teti*
                                                   Stephen J. Teti